Dismissed and Memorandum Opinion filed May 24, 2007








Dismissed
and Memorandum Opinion filed May 24, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00393-CR

____________

 

RONNEY WILLIAMS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 338th District Court

Harris County, Texas

Trial Court Cause No. 628066

 



 

M E M O R A N D U M   O P I N I O N

Appellant
entered a guilty plea to possession of a controlled substance.  In accordance
with the terms of a plea bargain agreement with the State, the trial court
sentenced appellant on November 23, 1992, to confinement for fifteen years in
the Institutional Division of the Texas Department of Criminal Justice.  No
timely motion for new trial was filed.  Appellant filed a pro se notice of
appeal on December 21, 2005.  Because the notice of appeal was untimely, we
dismissed the appeal for want of jurisdiction on January 26, 2006.








On May
11, 2007, we received an order to transfer Court of Appeals Number
01-07-00249-CR, Trial Court Case Number 628066, from the First Court of
Appeals.  That same day, the clerk=s record was filed in this court. 
The clerk=s record reflects appellant filed another notice of appeal on January 23,
2006, and again on December 11, 2006.

A
defendant=s notice of appeal must be filed within thirty days after sentence is
imposed when the defendant has not filed a motion for new trial.  See Tex. R. App. P. 26.2(a)(1).  A notice
of appeal which complies with the requirements of Rule 26 is essential to vest
the court of appeals with jurisdiction.  Slaton v. State, 981 S.W.2d
208, 210 (Tex. Crim. App. 1998).  If an appeal is not timely perfected, a court
of appeals does not obtain jurisdiction to address the merits of the appeal. 
Under those circumstances it can take no action other than to dismiss the
appeal.  Id.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Judgment rendered and Memorandum Opinion filed May 24,
2007.

Panel consists of Justices Yates, Anderson, and Frost.

Do Not Publish.